UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00097 |
| | ) | JUDGE CAMPBELL |
| AMILCAR BUTLER | ) | |

## ORDER

Pending before the Court is Defendant Butler's Petition For Return Of Seized Property (Docket No. 195). The Government shall file a response to the Petition on or before December 31, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE