UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00097 |
| | ) | JUDGE CAMPBELL |
| AMILCAR C. BUTLER | ) | |

<u>ORDER</u>

Pending before the Court is the Government's Motion For Extension Of Time (Docket No. 210), through which the Government requests a substantial extension of time in which to file an affidavit in response to Defendant Butler's Petition For Return Of Seized Property (Docket No. 195). The Motion is GRANTED. Accordingly, the Government shall have until April 1, 2013 in which to file a responsive affidavit.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE