UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:02-00097 |
| | ) | JUDGE CAMPBELL |
| AMILCAR C. BUTLER | ) | |

ORDER

Pending before the Court are the Defendant's Petitions For Pauper Status (Docket No. 235, 237, 238). Through the Petitions, the Defendant requests that he be allowed to proceed in forma pauperis on appeal. The Court finds that the Defendant is a pauper and the Petitions are granted on that basis.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE